| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>REINHARD, PHILIP G. | 2. Court or Organization<br><br>NDIL - WESTERN DIVISION | 3. Date of Report<br><br>05/03/2011 |
|---|---|---|
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. DISTRICT JUDGE - SENIOR STATUS | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>211 SOUTH COURT STREET<br>ROOM 202<br>ROCKFORD, ILLINOIS 61101 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | |
| 3. | |

**Reinhard, Philip G.**

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/03/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Illinois Judges' Retirement System | $66,075.84 |
| 2. 2010 | Illinois Municipal Retirement Fund | $14,095.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. 2010 | Teachers Retirement System of the State of Illinois |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Intellectual Property Law Association of Chicago | 10/1/2010 | Chicago, Illinois | Annual Dinner | Dinner & Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regal Beloit Corporation Common Stock - Trust #1 | B | Dividend | M | T | Buy (add'l) | 10/26/10 | J | | |
| 2. AmCore Financial Accounts | A | Interest | | | Closed | 01/27/10 | K | | |
| 3. Equitable Resources Common Stock - Trust #1 | C | Dividend | M | T | | | | | |
| 4. Vanguard - Index Total Stock Market Fund | D | Dividend | N | T | | | | | |
| 5. Vanguard - Index Total Stock Market Fund - Trust #1 | A | Dividend | J | T | Buy (add'l) | 10/25/10 | J | | |
| 6. Pioneer Natural Res.Co. Common Stock - Trust #1 | A | Dividend | | | Sold | 06/15/10 | J | D | |
| 7. Nabors Ind. Ltd.,f/k/a NaborsInd.,Inc. Common Stock-Trust #1 | | None | | | Sold | 06/15/10 | J | A | |
| 8. Artisian Int'l Fund - Trust #1 | | None | | | Redeemed | 06/15/10 | K | | |
| 9. E*Trade Clearning LLC Brokerage Account - Trust #1 | A | Interest | K | T | | | | | |
| 10. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 11. Vanguard Prime Money Market Fund - Trust #1 | A | Dividend | L | T | | | | | |
| 12. Royce Low-Priced Stock Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 13. Baron Small Cap Fund - Trust #1 | | None | K | T | | | | | |
| 14. Teleflex Inc. Common Stock - Trust #1 | A | Dividend | | | Sold | 06/15/10 | J | B | |
| 15. Gold - Krugerrands | | None | M | T | | | | | |
| 16. Johnson & Johnson Corp. Common Stock - Trust #1 | A | Dividend | K | T | Buy (add'l) | 08/04/10 | J | | |
| 17. MGE Energy Inc. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Corp. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 19. Immucor, Inc. Common Stock - Trust #1 | | None | J | T | Buy (add'l) | 12/03/10 | J | | |
| 20. Baron Partners Fund - Trust #1 | | None | K | T | | | | | |
| 21. Vanguard Intn.Eq. Ind Fd Emr. Mkt. ETF - Trust #1 | A | Dividend | K | T | Buy (add'l) | 01/12/10 | J | | |
| 22. Cemex ADR - Trust #1 | | None | J | T | | | | | |
| 23. Vanguard Intermediate-term Tx. Muni bonds - Admiral | C | Interest | M | T | Buy (add'l) | 03/30/10 | K | | |
| 24. | | | | | Buy (add'l) | 06/17/10 | K | | |
| 25. | | | | | Buy (add'l) | 11/11/10 | K | | |
| 26. IShare MSCI Brazil F ETF - Trust #1 | A | Dividend | J | T | | | | | |
| 27. CGM Focus Fund - Trust #1 | | None | K | T | | | | | |
| 28. Fairholme Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 29. Alpine Bank Financial Accounts | A | Interest | M | T | | | | | |
| 30. Alpine Bank Financial Account - Trust #1 | A | Interest | K | T | | | | | |
| 31. Vanguard Intermediate-term Tx. Muni bonds - Inv - Trust #1 | A | Interest | K | T | Open | 11/11/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In VII, item #30, for clarification, I have listed my financial account at Apline Bank for Trust #1 separately in this 2010 report. The Trust #1 account at Alpine Bank was opened 11/25/2009 and was included in my 2009 report in item #30 with other accounts opened at Alpine Bank. These other accounts are now separately listed as item #29 in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/03/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ PHILIP G. REINHARD

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544